The policy sued upon is marked exhibit 2, and numbered 1,267.

In the application for this policy there is no statement of any kind which was proved to be untrue.

So that the defense of breach of warranty in respect of this policy failed.

The other questions in the case were submitted to the jury under the charge of the court, and the jury found for plaintiff.

Their verdict is satisfactorily sustained by the evidence and the judgment entered thereon must be affirmed, with costs.

McCARTHY, J., concurs.
Judgment affirmed, with costs.

---

JAS. G. WILSON, Respondent, *v.* TOM A. RITSON, Appellant.

APPEAL by defendant from judgment on verdict.

*James J. Fitzgerald,* for appellant.

*Wm. H. Sage,* for respondent.

VAN WYCK, J. Defendant appeals from the judgment only, hence only questions of law can be reviewed (63 N. Y. 656), and the only question of law reviewable on this record is raised by appellant's exception to the denial of his motion to nonsuit plaintiff. At trial defendant conceded that he owed and had agreed to pay plaintiff $241.50, but contended that he was not indebted to him in the additional sum of fifty dollars, as claimed by the plaintiff, and the jury found with defendant's contention by disallowing the fifty dollar item, and returning a verdict for only $241.50.

Judgment affirmed, with costs.

EHRLICH, Ch. J., and McCARTHY, J., concur.
Judgment affirmed, with costs.